UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| J.H. | CIVIL ACTION NO. 6:15-2525 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MICHAEL W. NEUSTROM, Individually and in his official capacity as the duly elected SHERIFF OF LAFAYETTE PARISH, ET AL. | MAGISTRATE JUDGE HANNA |

**ORDER**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss and Motion to Strike (Record Document 39), which was filed on behalf of defendants Neustrom, Reardon, and Willis, is **GRANTED IN PART** and **DENIED IN PART**. More particularly, it is ordered that:

- the Motion to Strike is **GRANTED** with regard to Paragraphs 25, 26, and 102 through 108 of the amended complaint and **DENIED** with regard to all other paragraphs of the amended complaint, and Paragraphs 25, 26, and 102 through 108 are stricken from the amended complaint;

- the Motion to Dismiss is **GRANTED** with regard to any claims asserted in the amended complaint against defendants Willis or Doe and those claims are **DISMISSED WITHOUT PREJUDICE**;

- the Motion to Dismiss the plaintiff's punitive damages claims is **GRANTED** with regard to the plaintiff's official-capacity claims against Neustrom and Reardon and those claims are **DISMISSED WITH PREJUDICE**;

- the Motion to Dismiss is **GRANTED** with regard to the official-capacity claims against Reardon and those claims are **DISMISSED WITHOUT PREJUDICE**;

- the Motion to Dismiss the individual-capacity claims against Reardon is **DENIED AS MOOT** and those claims are **DISMISSED WITHOUT PREJUDICE**;

- the Motion to Dismiss the individual-capacity claims against Neustrom is **GRANTED** and those claims are **DISMISSED WITHOUT PREJUDICE**; and

- the Motion to Dismiss is **DENIED** in all other respects,

consistent with the Report and Recommendation.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 29th day of December, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE